IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VALERIE EDGE, individually, CHRISTOPHER EDGE, individually, and VALERIE EDGE and CHRISTOPHER EDGE as Parents and Natural Guardians of CARLIE EDGE, Minor, and CAYLA EDGE, Minor, <br><br> Plaintiff, <br><br> v. <br><br> PIKE CORPORATION, PIKE ENTERPRISES, LLC, and PIKE ELECTRIC, LLC, <br><br> Defendants. | Civil Action File No. 1:18-CV-04016-SCJ <br><br> (Removed from the State Court of Cobb County Civil Action File No.: 18-A-1875) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW Defendants Pike Corporation, Pike Enterprises, LLC, and Pike Electric, LLC ("Defendants"), by and through their undersigned counsel of record and, to the best of the knowledge or information known to the undersigned at this time, files this Certificate of Interested Persons and Corporate Disclosure Statement as required by Fed. R. Civ. P. 7.1 and N.D. Ga. Local Rule 3.3 as follows:

1.

The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action:

| | |
|---|---|
| **Plaintiffs:** | **Valerie Edge, individually** |
| | **Christopher Edge, individually** |
| | **Valerie Edge & Christopher Edge as Parents and Natural Guardians of Carlie Edge, minor, and Cayla Edge, minor** |
| **Defendants:** | **Pike Corporation** |
| | **Pike Enterprises, LLC** |
| | **Pike Electric, LLC** |

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, parent corporation, or publicly held corporation owning 10% of any of defendants' stock) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Pike Group, Inc.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| For Plaintiffs: | Alwyn R. Fredericks, Esq. |
| --- | --- |
| | Shane E. Bartlett, Esq. |
| | Cash, Krugler & Fredericks, LLC |
| | 5447 Roswell Road, NE |
| | Atlanta, Georgia 30342 |
| | afredericks@acandf.com |
| | sbartlett@acandf.com |
| | |
| For Defendants: | John L. McKinley, Jr., Esq. |
| | John R. Lowery, Esq. |
| | Mozley, Finlayson & Loggins, LLP |
| | One Premier Plaza, Suite 900 |
| | 5605 Glenridge Drive |
| | Atlanta, Georgia 30342 |
| | jmckinley@mfllaw.com |
| | jlowery@mfllaw.com |

Respectfully submitted this 21st day of September, 2018.

                                                              /s/ John R. Lowery, Esq.
                                                             John R. Lowery, Esq.
                                                             Georgia Bar No. 460175
                                                             *Counsel for Defendants*

Mozley, Finlayson & Loggins, LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
Telephone: 404-256-0700
Facsimile: 404-250-9355

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and by U.S. mail with sufficient first class postage to the following:

> **Alwyn R. Fredericks, Esq.**
> **Shane E. Bartlett, Esq.**
> **Cash, Krugler & Fredericks, LLC**
> **5447 Roswell Road, NE**
> **Atlanta, Georgia 30342**

This 21st day of September, 2018.

/s/ John R. Lowery
Georgia Bar No. 460175
*Counsel for Defendants*

Mozley Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
(404) 256-0700